UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOAN NELSON, )<br>    Plaintiff, )<br>)<br>-v- )<br>)<br>LAKEVIEW FORD-LINCOLN, INC. AND )<br>LAKE TRUST CREDIT UNION )<br>    Defendants. )<br>_____) | No. 1:16-cv-1066<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 5), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters. The dismissal of this action is without prejudice, however, as the Court's order reflects.

**IT IS SO ORDERED**.

Date:   September 6, 2016                /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge